UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CASE NO. 8:07-cr-448-T-30TGW

KENNETH LEE MCFANN,

    Defendant.

## FORFEITURE MONEY JUDGMENT

THIS CAUSE comes before the Court on motion (Dkt. #30) of the United States for entry of a Forfeiture Money Judgment as to defendant Kenneth Lee McFann. The Court, being fully advised in the premises, finds that as a result of the bank robbery offenses in violation of 18 U.S.C. § 2113(a), for which the defendant has been found guilty as charged in Counts Two, Four, and Eight of the Indictment, the defendant obtained proceeds in the aggregate amount of $10,223.00 USD. Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion (Dkt. #30) is GRANTED.

It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), defendant Kenneth Lee McFann is personally liable to the United States of America for a forfeiture money judgment in the amount of $10,223.00 USD, which represents the amount of proceeds the defendant obtained as a

result of the offenses in violation of 18 U.S.C. § 2113(a), for which the defendant has been found guilty as charged in Counts Two, Four, and Eight of the Indictment.

**DONE** and **ORDERED** in Tampa, Florida on June 9, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cr-448.forfeit fj 30.wpd